1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY BRIGHT,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN HOME SHIELD<br>CORPORATION, a Delaware Corporation,<br><br>              Defendant. | CASE NO. 2:20-CV-02079-KJM-CKD<br><br>JOINT STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 AND TO STAY THE ACTION UNTIL THE CONCLUSION OF THE VDRP |

By and through their undersigned counsel of record, Plaintiff Kelly Bright and Defendant American Home Shield Corporation hereby stipulate and agree as follows:

WHEREAS the Parties agree to submit the above-entitled action to the Voluntary Dispute Resolution Program, pursuant to Local Rule 271;

WHEREAS the Parties agree to stay this action, including all discovery, until the conclusion of the Voluntary Dispute Resolution Program;

WHEREAS the Parties previously stipulated to extend the time for Defendant's responsive pleading to December 8, 2020 (Dkt. No. 6) and agree to further extend the time for Defendant's responsive pleading, to twenty-eight (28) days following the conclusion of the Voluntary Dispute Resolution Program;

WHEREAS this stipulation is the second extension by the parties regarding Defendant's responsive pleading and made in response to the Parties' desire to resolve the action through the Voluntary Dispute Resolution Program;

THEREFORE, IT IS STIPULATED AND AGREED THAT, by and between the undersigned counsel: (1) the parties submit the above-entitled action to the Voluntary Dispute Resolution Program, (2) the deadline for Defendant American Home Shield Corporation to respond to the Complaint will be twenty-eight (28) days following the conclusion of the Voluntary Dispute Resolution Program, and (3) all discovery will be stayed until the conclusion of the Voluntary Dispute Resolution Program.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED:  December 3, 2020

NATALIA D. ASBILL-BEAROR
ROBIN K. PERKINS
PERKINS ASBILL, APLC

By:      */s/ Natalia D. Asbill-Bearor*
Natalia D. Asbill-Bearor
Attorneys for Plaintiff KELLY BRIGHT

JESSE A. CRIPPS
MEGAN M. LAWSON
GIBSON, DUNN & CRUTCHER LLP

By:      */s/ Jesse A. Cripps*
Jesse A. Cripps
Attorneys for Defendant
AMERICAN HOME SHIELD CORPORATION

IT IS ORDERED that:

(1) The parties are referred to the court's Voluntary Dispute Resolution Program (VDRP);

(2) The deadline for defendant American Home Shield Corporation to respond to the complaint will be twenty-eight (28) days following the conclusion of the Voluntary Dispute Resolution Program;

(3) All discovery will be stayed until the conclusion of the Voluntary Dispute Resolution Program; and

(4) The parties shall file a joint status report within 14 days following the conclusion of their participation in the Voluntary Dispute Resolution Program updating the court as to the status of their participation.

This order resolves ECF No. 8.


DATED:  December 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE