NATALIA D. ASBILL-BEAROR, SBN 281860
natalia@perkinsasbill.com
ROBIN K. PERKINS, SBN 131252
robin@perkinsasbill.com
PERKINS ASBILL, APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: 916.446.2000
Facsimile: 916.446.6400

Attorneys for Plaintiff KELLY BRIGHT

JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
MEGAN M. LAWSON, SBN 294397
  mlawson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
AMERICAN HOME SHIELD CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| KELLY BRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware corporation,<br><br>    Defendant. | CASE NO. 2:20-CV-02079-KJM-CKD<br><br>**JOINT REPORT FOLLOWING COMPLETION OF VOLUNTARY DISPUTE RESOLUTION PROGRAM, PURSUANT TO LOCAL RULE 271 (O) AND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

1   Pursuant to Local Rule 271(o), Plaintiff Kelly Bright and Defendant American Home Shield
2   Corporation hereby submit a joint Voluntary Dispute Resolution Program ("VDRP") Completion
3   Report and joint stipulation to extend the time for Defendant American Home Shield Corporation to
4   file its responsive pleading to the complaint as follows:

5   WHEREAS, Plaintiff filed a Complaint in this Court on October 16, 2020 (Dkt. No. 1) (the
6   "Action");

7   WHEREAS the Parties elected to participate in the VDRP and agreed to stay this action,
8   including all discovery, until the conclusion of the VDRP (Dkt. Nos. 8, 9);

9   WHEREAS the Parties previously agreed to extend the time for Defendant's responsive
10  pleading to twenty-eight (28) days following the conclusion of the VDRP (Dkt. Nos. 8, 9);

11  WHEREAS On March 2, 2021, the parties participated in the VDRP session with Jeffrey
12  Owensby on March 2, 2021, but the session did not result in resolution of this action;

13  WHEREAS the parties agree to further extend the time for Defendant's responsive pleading
14  by seven (7) days, to April 6, 2021; and

15  WHEREAS this stipulation is the third extension by the parties regarding Defendant's
16  responsive pleading and made in response to the Parties' desire to meet and confer regarding
17  Defendant's anticipated motion to compel arbitration and to stay this action, in order to determine
18  whether they can resolve the matter without motion practice;

19  THEREFORE, IT IS STIPULATED AND AGREED THAT, by and between the undersigned
20  counsel, Defendant will file its responsive pleading to the Complaint, including a motion to compel
21  arbitration of this Action, on or before April 6, 2021.

22  //
23  //
24  //
25  //
26  //
27  //
28  //

Dated: March 30, 2021

                                        NATALIA D. ASBILL-BEAROR
                                        ROBIN K. PERKINS
                                        PERKINS ASBILL, APLC

                                        By:     /s/ *Natalia D. Asbill-Bearor*
                                                  Natalia D. Asbill-Bearor
                                             Attorneys for Plaintiff Kelly Bright

                                        JESSE A. CRIPPS
                                        MEGAN M. LAWSON
                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:     */s/ Jesse A. Cripps*
                                                  Jesse A. Cripps
                                             Attorneys for Defendant
                                        AMERICAN HOME SHIELD CORPORATION

IT IS SO ORDERED.

DATED: April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE