NATALIA D. ASBILL-BEAROR, SBN 281860
natalia@perkinsasbill.com
ROBIN K. PERKINS, SBN 131252
robin@perkinsasbill.com
PERKINS ASBILL, APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone:  916.446.2000
Facsimile:   916.446.6400

Attorneys for Plaintiff KELLY BRIGHT

JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
MEGAN M. LAWSON, SBN 294397
  mlawson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant
AMERICAN HOME SHIELD CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| KELLY BRIGHT, | CASE NO. 2:20-CV-02079-KJM-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
| v. | |
| AMERICAN HOME SHIELD CORPORATION, a Delaware corporation, | |
| Defendant. | |

Plaintiff Kelly Bright and Defendant American Home Shield Corporation hereby submit a joint stipulation to extend the time for Defendant American Home Shield Corporation to file its responsive pleading to the complaint as follows:

WHEREAS, Plaintiff filed a Complaint in this Court on October 16, 2020 (Dkt. No. 1) (the "Action");

WHEREAS, the Parties previously agreed to extend the time for Defendant's responsive pleading to twenty-eight (28) days following the conclusion of the Voluntary Dispute Resolution Program ("VDRP") (Dkt. Nos. 8, 9);

WHEREAS, the parties participated in the VDRP session on March 2, 2021, but the session did not result in resolution of this action;

WHEREAS, the parties agreed to further extend the time for Defendant's responsive pleading by seven (7) days, to April 6, 2021, which was entered by the Court (Dkt. No. 15);

WHEREAS, the parties met and conferred regarding Defendant's anticipated motion to compel arbitration and agree that additional time is needed in order to determine whether they can resolve the matter without motion practice; and

WHEREAS, this stipulation is the fourth extension by the parties regarding Defendant's responsive pleading and made in response to the parties' desire to continue to meet and confer regarding Defendant's anticipated motion to compel arbitration and to stay this action, in order to determine whether they can resolve the matter without motion practice;

THEREFORE, IT IS STIPULATED AND AGREED THAT, by and between the undersigned counsel, Defendant will file its motion to compel arbitration of this Action, on or before April 9, 2021.

/ /

/ /

/ /

/ /

/ /

Dated: April 12, 2021

        NATALIA D. ASBILL-BEAROR
        ROBIN K. PERKINS
        PERKINS ASBILL, APLC

By:    /s/ Natalia D. Asbill-Bearor
        Natalia D. Asbill-Bearor
        Attorneys for Plaintiff Kelly Bright

JESSE A. CRIPPS
MEGAN M. LAWSON
GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Jesse A. Cripps
        Jesse A. Cripps
        Attorneys for Defendant
        AMERICAN HOME SHIELD CORPORATION

IT IS SO ORDERED.

DATED: April 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE