Natalia D. Asbill-Bearor, SBN 281860
Robin K. Perkins, SBN: 131252
**PERKINS ASBILL, a Professional Law Corporation**
707 Commons Drive, Suite 201
Sacramento, California 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
natalia@perkinsasbill.com
robin@perkinsasbill.com

Attorney for Plaintiff
KELLY BRIGHT

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY BRIGHT,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendant. | **Case No. 2:20-CV-02079-KJM-CKD**<br><br>**ORDER GRANTING PLAINTIFF KELLY BRIGHT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT AMERICAN HOME SHIELD CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS CIVIL COURT PROCEEDINGS**<br><br>(Fed. R. Civ. P. 6(b)(1)(B))<br><br>Judge: Hon. Kimberly J. Mueller |

After reviewing Plaintiff Kelly Bright's Motion for Extension to File Opposition to Defendant's Motion to Compel Arbitration and Stay or Dismiss Civil Court Proceedings, and all parties received notice and an opportunity to be heard. Having considered all the papers filed by

- 1 -

the parties in connection with the Motion, the papers and records on file in this action, the arguments of counsel, and all other matters of which the Court may properly take judicial notice:

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion for Extension of Time is **GRANTED.**

The Court finds good cause to extend Plaintiff Kelly Bright's deadline to file an opposition to Defendant's Motion to Compel Arbitration and Stay or Dismiss of Civil Proceedings from April 23, 2021 to April 30, 2021. Defendant may file a Reply Brief, if any, by Monday, May 10, 2021.

DATED: May 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE