NATALIA D. ASBILL-BEAROR, SBN 281860
natalia@perkinsasbill.com
ROBIN K. PERKINS, SBN 131252
robin@perkinsasbill.com
PERKINS ASBILL, APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: 916.446.2000
Facsimile: 916.446.6400

Attorneys for Plaintiff KELLY BRIGHT

JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
MEGAN M. LAWSON, SBN 294397
  mlawson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
AMERICAN HOME SHIELD CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY BRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendant. | CASE NO. 2:20-CV-02079-KJM-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF ISO MOTION TO COMPEL ARBITRATION
CASE NO. 2:20-CV-02079-KJM-CKD

Plaintiff Kelly Bright and Defendant American Home Shield Corporation hereby submit a joint stipulation extending the time for Defendant to file a reply brief in support of Defendant's Motion to Compel Arbitration and Stay Civil Proceedings, as follows:

WHEREAS, Defendant filed a Motion to Compel Arbitration and To Stay or Dismiss Civil Proceedings on April 9, 2021 (Dkt. No. 17);

WHEREAS, on May 4, 2021, the Court granted Plaintiff's Motion for Extension of Time to file an opposition to Defendant's Motion to Compel Arbitration on April 30, 2021 and to set Defendant's deadline to file a reply brief for on or before May 10, 2021 (Dkt. No. 24);

WHEREAS, Defendant's counsel contacted Plaintiff's counsel as soon as the need became apparent on May 4, 2021 to request an extension of time to file a reply brief in support of its Motion to Compel Arbitration;

WHEREAS, the parties agreed to enter into a stipulation that Defendant's reply brief would be due on or before May 14, 2021 due to Defendant's counsel's unavailability from May 3 through May 7 because he is in trial in another matter (see Dkt. No. 23-1), Defendant's other counsel's limited availability due to all-day meetings from May 5 through May 7 that were scheduled prior to Plaintiff filing her Motion for Extension of Time, and competing court deadlines in other matters; and

WHEREAS, this is the first extension obtained by the parties regarding Defendant's deadline to file a reply brief in support of its Motion to Compel Arbitration.

THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant will file its reply brief in support of its Motion to Compel Arbitration and to Stay or Dismiss Civil Proceedings, on or before May 14, 2021.

//
//
//
//
//
//

Gibson, Dunn & Crutcher LLP

Dated: May 12, 2021

NATALIA D. ASBILL-BEAROR
ROBIN K. PERKINS
PERKINS ASBILL, APLC

By: /s/ Natalia D. Asbill-Bearor
Natalia D. Asbill-Bearor
Attorneys for Plaintiff Kelly Bright

JESSE A. CRIPPS
MEGAN M. LAWSON
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Megan M. Lawson
Megan M. Lawson
Attorneys for Defendant
AMERICAN HOME SHIELD CORPORATION

IT IS SO ORDERED.

DATED: May 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

3 STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION
CASE NO. 2:20-CV-02079-KJM-CKD