Natalia D. Asbill-Bearor, SBN: 281860
PERKINS ASBILL, APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
natalia@perkinsasbill.com

Attorneys for Plaintiff
KELLY BRIGHT

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
MEGAN M. LAWSON, SBN 294397
  mlawson@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:     213.229.7000
Facsimile:     213.229.7520

Attorneys for Respondent
AMERICAN HOME SHIELD CORPORATION

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY BRIGHT,<br><br>　　　　Plaintiff,<br>　vs.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware Corporation,<br><br>　　　　Defendant | Case No.: 2:20-CV-02079-KJM-CKD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

-1-
STIPULATION FOR DIMISSAL

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

Respectfully Submitted,

Dated: December 11, 2023          PERKINS ASBILL, APLC

By:  /s/ Natalia D. Asbill-Bearor
     Natalia D. Asbill-Bearor
     Attorney for Plaintiff
     Kelly Bright

Dated: December 7, 2023          GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Megan M. Lawson
     Megan M. Lawson
     Attorneys for Defendant
     American Home Shield Corporation

**IT IS SO ORDERED.**

Dated:  December 12, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com